EXHIBIT A

**NOTICE OF CONSENT**

I, the undersigned, a current or former employee of the defendant(s) named herein, hereby consent to participate as a party plaintiff in a collective action lawsuit under the Fair Labor Standards Act ("FLSA") seeking any and all unpaid minimum wages and/or unpaid overtime wages and all other damages and amounts that I may be owed under the FLSA. By joining this collective action, I agree to be a class representative. I choose to be represented by Welmaker Law, PLLC and any other attorneys with whom they may associate in this lawsuit. I agree to be bound by the outcome of this proceeding. I have consented to act as a party plaintiff in this collective action.

**Full Name (Print):**   Donald R. Stallworth, Jr.

Donald R. Stallworth, Jr. (Jul 27, 2026 15:06:46 CDT)
Signature

Date:   27/07/2026