**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **DONALD R. STALLWORTH, JR. (f/k/a DONALD COOK), on behalf of himself and all others similarly situated,** | § § § § § | |
| | § | **Case No. 4:26-cv-953** |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **NIPPON SANSO MATHESON, INC. (formerly known as MATHESON TRI-GAS, INC.),** | § § § § | |
| | § | |
| **Defendant.** | § | |

**NOTICE OF APPEARANCE OF COUNSEL**

Josef F. Buenker of the Buenker Law Firm enters his appearance as counsel of record for Plaintiff Donald R. Stallworth, Jr., individually and for all others similarly situated. Mr. Buenker appears as of counsel for Plaintiff along with Douglas B. Welmaker of Welmaker Law PLLC.

Counsel asks the Clerk and all parties to serve him with copies of all notices, orders, pleadings, and other papers filed in this case at the address listed below.

Respectfully Submitted,

*/s/ Josef F. Buenker*
Josef F. Buenker
The Buenker Law Firm
TBA No. 03316860
P.O. Box 10099
Houston, Texas 77206
713-868-3388 Telephone
713-683-9940 Facsimile
jbuenker@buenkerlaw.com

**ATTORNEY FOR PLAINTIFF**

Page 1

**CERTIFICATE OF SERVICE**

On July 29, 2026, I served the foregoing document via the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

*/s/ Josef F. Buenker*
Josef F. Buenker