**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **DONALD R. STALLWORTH, JR. (f/k/a DONALD COOK), on behalf of himself and all others similarly situated,** | § | |
| **Plaintiff,** | § | **Case No. 4:26-cv-00953-SDJ** |
| **v.** | § | |
| **NIPPON SANSO MATHESON, INC. (formerly known as MATHESON TRIGAS, INC.)** | § | |
| **Defendant.** | § | |

**PLAINTIFF'S NOTICE OF FILING EXECUTED WAIVER OF SERVICE OF SUMMONS**

Plaintiff Donald R. Stallworth, Jr. files the Waiver of the Service of Summons that Defendant Nippon Sanso Matheson, Inc. executed in this case. A true and correct copy of the executed waiver is attached as Exhibit A.

On August 11, 2026, Plaintiff's counsel sent a request to waive service of the summons to Defendant's counsel, Kelly Robreno Koster of Greenberg Traurig LLP. Ms. Koster signed the waiver on behalf of Defendant on August 11, 2026. The waiver states August 11, 2026 as the date the request was sent.

Under Federal Rule of Civil Procedure 4(d)(4), when the plaintiff files a waiver, proof of service is not required, and the Federal Rules of Civil Procedure apply as if a summons and complaint had been served at the time the waiver is filed. Under Rule 4(d)(3), Defendant need not serve an answer to the complaint until 60 days after August 11, 2026, the date the request was sent.

Respectfully Submitted,

WELMAKER LAW, PLLC
505 E. Magrill
Longview, Texas 75601
Tel: (512) 799-2048

By: _/s/ Douglas B. Welmaker_
Douglas B. Welmaker
Texas State Bar No. 00788641
doug@welmakerlaw.com
Attorney-in-Charge

**ATTORNEY FOR PLAINTIFF**
**DONALD R. STALLWORTH, JR.**

## CERTIFICATE OF SERVICE

On September 22, 2026, I served the foregoing document by email on counsel for Defendant, Kelly Robreno Koster, via the Court's Electronic Filing System, or ECF.

_/s/ Douglas B. Welmaker_
Douglas B. Welmaker