**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| DONALD R. STALLWORTH, JR. (f/k/a DONALD COOK), on behalf of himself and all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>NIPPON SANSO MATHESON, INC. (formerly known as MATHESON TRI-GAS, INC.),<br><br>Defendant. | CASE NO. 4:26-cv-953<br><br>**DEFENDANT NIPPON SANSO MATHESON, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Nippon Sanso Matheson, Inc. ("Matheson") states as follows:

Matheson is wholly owned by Nippon Sanso Holding Corporation.

DATED: October 13, 2026

GREENBERG TRAURIG, LLP

By: /s/ Kelly Robreno Koster
Kelly Robreno Koster
Daniel Kees (*pro hac vice* forthcoming)

Attorneys for Defendant
NIPPON SANSO MATHESON, INC.